Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_____May 9_____20 18
WILLIAM M. McCOOL, Clerk

By_____Emily Nero_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR 18-5214 RBL** |
| Plaintiff, | |
| v. | INDICTMENT |
| MISTER SLAUGHTER, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1
### (Felon in Possession of Firearm)

Beginning on or about July 21, 2016 and continuing through July 22, 2016, in Pierce County, within the Western District of Washington, MISTER SLAUGHTER, having previously been convicted of one or more crimes punishable by more than one year in prison, including a 2014 conviction for Theft of a Motor Vehicle, and a 2011 conviction for Residential Burglary, knowingly possessed, and aided and abetted the possession of, a firearm, namely a Rossi, model R461, .357 magnum caliber revolver bearing serial number EU465399, which had previously been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

INDICTMENT / *United States v. Slaughter* - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**COUNT 2**
*(Assault of Federal Officer)*

On or about July 22, 2016, at American Lake Medical Center, within the Western District of Washington, MISTER SLAUGHTER forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with an officer and employee of the United States, S.R., who was engaged in his official duties at the time of the assault, by causing a motor vehicle to be driven into a vehicle being operated by S.R.

All in violation of Title 18, United States Code, Sections 111(a).

A TRUE BILL:

DATED:   *9 May 2018*

*Signature of foreperson redacted*
*pursuant to the policy of the Judicial*
*Conference of the United States*

_____

FOREPERSON

ANNETTE L. HAYES
United States Attorney

JAMES D. OESTERLE
Assistant United States Attorney

ANDRÉ M. PEÑALVER
Assistant United States Attorney

INDICTMENT / *United States v. Slaughter* - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800